# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DEC 08 2025

(Full name of plaintiff(s))

Henan Zaal
3333 S. 99th Ct. Apt. 6
Milwaukee, WI 53227

v.

Case Number: **25-C-1927**

(Full name of defendant(s))

(to be supplied by Clerk of Court)

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor
Burlington, NC 27215

A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ (State) and resides at 3333 S. 99th Ct. Apt. 6 Milwaukee, WI 53227 (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Lab. Corp. of America Holdings_ (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)
and (if a person) resides at ___Milwaukee, WI___
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for ___Lab. Corp. of America Holdings___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Following a job loss  I (Henan) went to a hearing office and got a letter from the Wisconsin Department of Workforce Department. We exchange letters. There are untrue allegations/charges and "do not rehire" notices in my the file. The letter states that I am not at fault and did not violate a policy. At the time of termination, the employer (LabCorp) cited a misconduct issue, which was found invalid by the Wisconsin Department of Workforce Development. , I and a counter I

Complaint – 2

brought with me who was also terminated. I and a coworker of mine suffered heart problems during these terminations. I and my coworker was fired at nurecon. I was also removed as a patient at Ascension Hospital because of this and wants to be able to return back. I want the holds and the accusations to be removed, so I am at least able to apply at different or same locations within the same companies. I never had possession of the form that I was alleged to falsified or had any access to them. All communication was done between Ascension where my doctor works and Reedgroup who handles FMLA claims. I never signed it, not sure who did. I was wrongfully accused and terminated from my job, and a patient at the clinic, and would like to be a patient back to my clinic and not be removed as a patient because of these falsely accused allegations.

Having Office paperwork (attached) showing there was no evidence that I committed such a thing, and would like these accusations and charges to be dropped and do-not-rehire hold to be removed, so I can apply to other Lab Corp. I would also like to be a patient of Ascension Family's Health Center and not be discharge from the practice because of untrue accusation.

Complaint - 3

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like these accusations and charges to be dropped from my termination file at LabCorp, and the do-not-rehire hold to be removed, so I can apply to other LabCorp or the same LabCorp in the future. I would also like to be a patient of Ascension Family's Health Center and not be discharge from the Ascension practice because of untrue accusation.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES        ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___04___ day of ___12___ 20_25_.

Respectfully Submitted,

_____
Signature of Plaintiff

(414)429-6719
Plaintiff's Telephone Number

henanzaal@yahoo.com
Plaintiff's Email Address

3333 S. 99th Ct. Apt. 6
Milwaukee, WI 53227
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.